ELLEN N. JACOBS, Respondent, *v.* JONCE I. McGURK, Appellant.

(Argued April 23, 1935; decided May 21, 1935.)

*Frederick L. Kane* for appellant.

*Paul W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.